# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CASSANDRA ANN BEATTY and
TERRENCE DAVIS

(Name and Address of Defendants)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-906-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 2, 2003,__ in __Suffolk__ County, in the District of __Massachusetts__ and elsewhere defendants did,

knowingly and intentionally and unlawfully conspire to import and did import into the United States, from a place outside thereof, cocaine, a Class II controlled substance,

in violation of Title __21__ United States Code, Section(s) __963__.

I further state that I am a __Special Agent with the Bureau of Immigration and Customs Enforcement__ and that this complaint is based on the following facts:

See Attached Affidavit of Special Agent Eric LaForte

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

_Signature of Complainant_
Eric LaForte
Special Agent, Bureau of Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

__December 3, 2003 @ 4:30PM__
Date
in Everett Ma

EVERETT
~~Boston,~~ Massachusetts
City and State

MARIANNE B. BOWLER
UNITED STATES CHIEF MAGISTRATE JUDGE
_Marianne B. Bowler_
Name and Title of Judicial Officer

_Marianne B. Bowler, USMJ_
Signature of Judicial Officer

## AFFIDAVIT OF ERIC LAFORTE

I, ERIC LAFORTE, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Bureau of Immigration and Customs Enforcement ("ICE"). I have been employed as a Special Agent for ICE since March 2003. I am currently assigned to ICE's Drug Smuggling Group located in Boston, Massachusetts.

2. I have participated in drug related arrests and interviewed witnesses and defendants. I have received specialized training sponsored by ICE regarding narcotics identification, narcotics investigations, and narcotics. I am familiar with the appearance of narcotics sold on the street, including cocaine, and the manner in which such narcotics are packaged and sold.

3. This Affidavit is submitted in support of a criminal complaint charging CASSANDRA ANN BEATTY and TERRENCE DAVIS with conspiracy to import cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, in violation of 21 U.S.C. § 963. This affidavit does not set forth all the facts developed during the course of this investigation. Rather, it sets forth only those facts that are necessary and sufficient to establish probable cause to believe that BEATTY and DAVIS have committed the crime set forth in the accompanying Criminal Complaint.

4. On Tuesday, December 2, 2003, at approximately 10:15 p.m., CASSANDRA ANN BEATTY and TERRENCE DAVIS arrived at Logan International Airport in Boston, Massachusetts, on Air Jamaica flight number 49 from Jamaica. BEATTY and DAVIS were questioned separately by U.S. Customs officials before leaving the U.S. Customs territory at Terminal E of Logan Airport. At approximately just after midnight, based on the suspicious behavior of BEATTY and DAVIS, Customs officials requested that BEATTY and DAVIS consent to X-Rays of their respective persons. BEATTY and DAVIS both consented to X-Rays and signed written consent forms.

5. At approximately 2 a.m. on December 3, 2003, BEATTY and DAVIS were transported to Whidden Memorial Hospital in Everett, Massachusetts, where medical personnel conducted X-Rays of the respective stomach areas of BEATTY and DAVIS. The X-Rays showed numerous pellets inside the stomachs of BEATTY and DAVIS. Both BEATTY and DAVIS subsequently admitted to officials that they had swallowed pellets of cocaine in Jamaica to smuggle into the United States. BEATTY said that she had the contact in Jamaica for the cocaine, that she had done this once before, and that she recruited DAVIS to go with her. DAVIS said that he thought he had swallowed approximately 70 pellets. BEATTY said that she

2

thought she swallowed approximately 69 pellets but that she vomited a few pellets on the plane.

6. At approximately, 6:10 a.m., DAVIS passed two pellets. The substance inside the pellets field tested positive for cocaine. Shortly thereafter, at approximately 8:20 a.m., DAVIS was placed under arrest. At approximately, 10:50 a.m., BEATTY passed a pellet. The substance inside the pellet field tested positive for cocaine. Shortly thereafter, BEATTY was placed under arrest.

7. Based on the information contained in this affidavit, all of which is true and accurate to the best of my knowledge, information and belief, I believe that there is probable cause to believe that CASSANDRA ANN BEATTY and TERRENCE DAVIS did conspire to import, and did import, cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, in violation of 21 U.S.C. § 963.

ERIC LAFORTE
Bureau of Immigration and Customs Enforcement

Subscribed and sworn to before me this 3rd day of December 2003.

MARIANNE B. BOWLER
United States Chief Magistrate Judge

3